**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00558-CV

---

## IN THE INTEREST OF Z.R.A., A CHILD

---

**On Appeal from the County Court at Law
Waller County, Texas
Trial Court Cause No. 18-07-25008**

---

## MEMORANDUM OPINION

This is an appeal from an order of termination signed July 26, 2022. On August 17, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.